IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL SPECIALTY INSURANCE COMPANY, | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| v. | : | |
| ADVANCED CARGO TRANSPORTATION, INC., WASHINGTON MUNOZAREVALO, | : | JUDGE ROBERT D. MARIANI |
| CUSTOM POLYMERS, INC., ALEC SEWATSKY, RYAN BARRETT, LINDSAY BARRETT CAROLINE MULLALLY, GRACE SATO, | : | ELECTRONICALLY FILED |
| Defendants | : | NO. 3:14-CV-001417 |

## AFFIDAVIT OF FRANCISCO MOLINA, PRIVATE INVESTIGATOR

I, Francisco Molina, employed by RC Services, LLC, as an Investigator, being of sound mind and body, do hereby attest that swear as to the following facts with regard to my efforts to serve the Defendant in the above-referenced matter, Washington Munozarevalo:

1. On <u>August 16, 2014</u>, I attempted to personally serve Washington Munozarevalo at 241 Oliver Street, Newark, NJ 07105. The results of my attempt were as follows: <u>Washington Munozaravelo no longer resides at this address</u>.

2. <u>On August 16, 2014 & October 9, 2014</u>, I attempted to personally serve Washington Munozarevalo at 118 Chapel Street, Newark, NJ 07105. The

results of my attempt were as follows:  <u>Washington Munozaravelo does not reside at this address</u>.

3. <u>On August 16, 2014, September 13, 2014 & September 19, 2014</u>, I attempted to personally serve Washington Munozarevalo at 275 Adam Street, Newark, NJ 07105. The results of my attempt were as follows: <u>Washington Munozaravelo does not reside at this address</u>.

4. On <u>September 23, 2014</u>, I attempted to personally serve Washington Munozarevalo at 170 Tappan Street, Keary, NJ 07032. The results of my attempt were as follows: <u>I served a male and later found he was not Washington Munozaravelo.</u>

5. Despite making multiple attempts at service, to date, I have been unable to personally serve Washington Munozarevalo with the Complaint in this matter, and I have no additional information concerning his whereabouts.

BY: _____
FRANCISCO MOLINA

Sworn to and subscribed
before me this 29TH
day of October,
2014

_____
NOTARY PUBLIC

MAIRA E GONZALEZ
Notary Public
State of New Jersey
My Commission Expires Apr 15, 2018